UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID HOFFMAN,<br><br>Plaintiff,<br><br>vs.<br><br>MAREX SERVICES INC., MAREX CAPITAL MARKETS INC., and MAREX GROUP, PLC,<br><br>Defendants. | Civil Case No.: 1:24-cv-05299-JMF |

### [PROPOSED] ORDER

On August 26, 2024, Plaintiff David Hoffman ("Plaintiff") and Defendants Marex Services Inc., Marex Capital Markets Inc., and Marex Group, plc (collectively, the "Defendants") filed a Joint Stipulation to File the Second Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)(2) based on Defendants' written consent. The Court hereby SO ORDERS the parties' Joint Stipulation, ORDERS Plaintiff to file the Second Amended Complaint, and ORDERS Defendants to file a responsive pleading within fourteen (14) days from Plaintiff's filing of the Second Amended Complaint.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: August 27, 2024

_____
Hon. Jesse M. Furman
United States District Court Judge