UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DAVID HOFFMAN,

                        Plaintiff,                  **24-CV-5299 (JMF)**

           -against-                          **ORDER**

MAREX SERVICES INC., et al.,

                        Defendants.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A pre-settlement conference call in this matter is hereby scheduled for **Tuesday, January 21, 2025 at 11 a.m.** Counsel for the parties are directed to call Judge Figueredo's conference line at the scheduled time. **Please dial (646) 453-4442; access code [492 772 215#].**

          SO ORDERED.

DATED:      New York, New York
                November 18, 2024

                                                                         _____
                                                                       VALERIE FIGUEREDO
                                                                         United States Magistrate Judge