UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DAVID HOFFMAN,

                            Plaintiff,                  **24-CV-5299 (JMF)**

           -against-                       **ORDER**

MAREX SERVICES INC., et al.,

                            Defendants.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       In light of the Notice of Reassignment of a Referral to Another Magistrate Judge, the pre-settlement conference scheduled for Tuesday, January 21, 2025 at 11 a.m. is hereby cancelled.

       **SO ORDERED.**

DATED:    New York, New York
                November 20, 2024

                                                          _____
                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge