UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

DAVID HOFFMAN,

                Plaintiff,       24-CV-5299 (JMF)

    -v-       ORDER WITHDRAWING REFERENCE TO MAGISTRATE JUDGE

MAREX SERVICES INC. et al.,

                Defendants.

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On November 15, 2024, the Court referred this case to Magistrate Judge Henry J. Ricardo for Settlement. *See* Docket No. 51. It is hereby ORDERED that the reference is WITHDRAWN.

       SO ORDERED.

Dated: November 25, 2024
       New York, New York

                                                  JESSE M. FURMAN
                                        United States District Judge