SO ORDERED.

March 3, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID HOFFMAN,

    Plaintiff,

vs.

MAREX SERVICES INC.,
MAREX CAPITAL MARKETS INC., and
MAREX GROUP, PLC,

    Defendants.

Civil Case No.: 24-cv-5299 (JMF)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between all parties to the above-captioned action, through their respective undersigned counsel, that the underlying dispute among the parties having been fully settled and resolved, the above-captioned action is dismissed voluntarily, *in its entirety and with prejudice and without costs,* and with each party bearing its own costs and fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: February 28, 2025

| NORRIS McLAUGHLIN, P.A. | HOLLAND & KNIGHT LLP |
|---|---|
| By: /s/ Edward G. Sponzilli | By: _____ |
| Edward G. Sponzilli | Howard Sokol |
| 7 Time Square | 787 Seventh Avenue |
| 21st Floor | 31st Floor |
| New York, NY 10036 | New York, NY 10019 |
| (212) 808-0700 (phone) | (212) 513-3200 (phone) |
| (212) 808-0844 (fax) | (212) 513-9010 (fax) |
| egsponzilli@norris-law.com | howard.sokol@hklaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |